**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES RICHARDSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-14261** |
| **JASON KENT, WARDEN** | **SECTION "I"(2)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Charles Richardson, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Charles Richardson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of August, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE